# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GABRIELLA REYES,  )
  )
         Plaintiff,  )     Case No.: 2:18-cv-01727-GMN-BNW
vs.  )
  )     **ORDER**
DANIEL FLAGG, *et al.*,  )
  )
         Defendants.  )
  )
  )

Pending before the Court is the September 22, 2020 Report and Recommendation of the Honorable United States Magistrate Judge Brenda Weksler, (ECF No. 6), which states that Plaintiff Gabriella Reyes's ("Plaintiff") causes of action under 18 U.S.C. §§ 1341, 1343, and 1344 should be dismissed with prejudice for failure to state a claim.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id*.  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna-Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 6), is **ACCEPTED and ADOPTED in full**.

**IT IS FURTHER ORDERED** that Plaintiff's causes of action under 18 U.S.C. §§ 1341, 1343, and 1344 are **DISMISSED with prejudice** for failure to state a claim.

**DATED** this  20  day of October, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court